**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 12CR2496-AJB |
| Plaintiff, | ) |
| vs. | ) ORDER AND JUDGMENT TO |
| | ) DISMISS INDICTMENT WITHOUT |
| MANUEL VIRAMONTES-DE LA TORRE (7), | ) PREJUDICE AND TO RECALL |
| | ) ARREST WARRANT |
| Defendant. | ) |

Upon the motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion is granted and the Indictment at Case Number 12CR2496-AJB is dismissed without prejudice as to

//
//
//
//

1

1. MANUEL VIRAMONTES-DE LA TORRE.
2.     IT IS FURTHER ORDERED that all arrest warrants are recalled.
3.     IT IS SO ORDERED.

Dated: October 21, 2015

_____
Hon. Anthony J. Battaglia
United States District Judge